UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC BURNETTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26 CV 311 CDP |
| | ) | |
| RIVERVIEW GARDENS SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

On March 3, 2026, self-represented plaintiff Eric Burnette filed this Title VII employment discrimination action in this Court, alleging that defendant Riverview Gardens School District unlawfully terminated his employment because of his gender. I granted the District's motion to dismiss on June 25, 2026, agreeing that the complaint failed to state a claim under Title VII as Burnette pled no facts to suggest that his termination was related to his gender or that similarly situated female employees were not terminated after engaging in the same conduct. I also found that Burnette had abandoned his claim as he did not respond to the District's motion to dismiss or to my show cause order. (ECF 14, Memo. & Ord.) Burnette now moves to reopen the case, asserting that he had hired an attorney to represent him in the case and that the attorney had abandoned him.

Upon review of Burnette's motion to reopen and the evidence and

information submitted with the motion,[1] I find that there is no basis to reopen this case. As I concluded in the June 25 Memorandum and Order, Burnette's complaint failed to state a claim under Title VII. Any purported failure of counsel to enter an appearance in the case and respond to defendant's motion to dismiss does not change that determination.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Eric Burnette's Motion to Reopen [16] is **DENIED.**

Catherine D Perry
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of August, 2026.

[1] With his motion, Burnette attached an Engagement Agreement dated August 21, 2024, in which attorney Melvin L. Raymond agreed to represent Burnette in a pending state-court action against the District and a claim of employment discrimination filed with the Missouri Commission on Human Rights, but not "on any other matter(s)" absent a separate agreement. (ECF 17-1.)